IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-269-FDW-DCK

| MARY CONNER, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| MINT MUSEUM OF ART, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 9) filed by Marla T. Reschly, concerning Carol C. Lumpkin, on August 22, 2022. Carol C. Lumpkin seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 9) is **GRANTED**. Carol C. Lumpkin is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: August 22, 2022

David C. Keesler
United States Magistrate Judge