IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

---------------------------------------------------------X
MARY CONNER, Individually and as the
representative of a class of similarly situated persons,

                              Plaintiff,

                              Case No. 3:22-cv-269

        - against –

MINT MUSEUM OF ART,

                              Defendant.
---------------------------------------------------------X

## JOINT NOTICE OF SETTLEMENT

Now comes the Plaintiff, Mary Conner, by and through counsel, to provide notice to the Court that the present case has been settled between the parties, and states:

1. The parties have reached an agreement in principle and a formal confidential settlement agreement containing the agreed-upon terms is in the process of being finalized. Once the Agreement is fully executed, and the terms have been fulfilled, the parties will submit a Stipulation of Dismissal with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) within thirty (30) days, or such other time as ordered by the Court.

2. The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

3. We respectfully request the Court provide that the parties may seek to reopen the matter for forty-five (45) days to assure that the terms of the Agreement have been satisfied.

This is the 4th day of October, 2022

LAW OFFICES OF SANJAY R. GOHIL, PLLC

By: /s/ *Sanjay R. Gohil*
Sanjay R. Gohil
NC State Bar No. 24250
2435 Plantation Center Drive, Suite 200
Matthews, NC 28105
Telephone: (704) 814-0729
Facsimile: (704) 814-0730
E-mail: srg@gohillaw.com

*Attorney for Plaintiff Mary Conner*

*/s/ Marla T. Reschly*
Marla T. Reschly
N.C. Bar # 46706
K&L GATES LLP
300 South Tryon Street
Suite 1000
Charlotte, North Carolina 28202
Telephone: 704-331-7400
Facsimile: 704-353-3117
Email: marla.reschly@klgates.com

*Attorney for Defendant Mint Museum of Art*

# CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on the 4th day of October 2022, I electronically filed the foregoing **JOINT NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record who are registered with the CM/ECF system.

By: /s/ *Sanjay R. Gohil*
Sanjay R. Gohil
NC State Bar No. 24250
2435 Plantation Center Drive, Suite 200
Matthews, NC 28105
Telephone: (704) 814-0729
Facsimile: (704) 814-0730
E-mail: srg@gohillaw.com

*Attorney for Plaintiff Mary Conner*